# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131156 & (36)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 131156
                                     COA: 258564
                                     Wayne CC:  04-003956-01

MAURICE MARCEL SIMPKINS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.  The motion to hold in abeyance is DENIED.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006                                   _____
                                                Clerk

p0821